UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:11-CR-323-T-17TBM

MISTY KEY.

_____/

ORDER

This cause is before the Court on:

Dkt. 923  Defendant Misty Key's Unopposed Motion for
Early Termination of Supervised Release

Defendant Misty Key requests early termination of supervised release pursuant to 18 U.S.C. Sec. 3583(e)(1).

After Defendant Misty Key entered into a Plea Agreement, Defendant Key was sentenced on April 12, 2013 to a term of imprisonment of one year and one day, a 36-month term of supervised release, fine waived, and a special assessment fee of $100.00. (Dkt. 423).

On September 5, 2013, Defendant Key's sentence was amended; Defendant Key was sentenced to sixty months of probation. (Dkt. 465).

On August 11, 2015, a Final Judgment of Revocation was entered. (Dkt. 816). Defendant Key was sentenced to a 12-month term of imprisonment, to be followed by a 36-month term of supervised release.

Defendant Key was released to supervised release on August 9, 2016.

Case No. 8:11-CR-323-T-17TBM

Defendant Key has served three-fourths of the term of supervised release, has paid the special assessment of $100.00, and has no other outstanding terms and conditions.

Neither the Government nor the U.S. Probation Office opposes Defendant Key's Motion for Early Termination.

Pursuant to 18 U.S.C. Sec. 3583(e)(1), I have considered the factors set forth in 18 U.S.C. Secs. 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(6), and (a)(7), and determine that in this case the termination of supervised release is warranted and is in the interest of justice. Accordingly, it is

**ORDERED** that Defendant Misty Key's Unopposed Motion for Early Termination of Supervised Release (Dkt. 923) is **granted**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this /5ᵗʰ day of March, 2019.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
U.S. Probation Office